UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                   Case Number 11-14132
           Plaintiff         Hon. Lawrence Zatkoff

-v-

JOHN A. STOJANOSKI a/k/a
JON STOYANOV

                        Defendant
and

MICHIGAN DEPARTMENT OF TREASURY

                        Garnishee
_____

**ORDER RESOLVING DEFENDANT'S OBJECTIONS TO GARNISHMENT DIRECTED TO MICHIGAN DEPARTMENT OF TREASURY**

**THIS MATTER** having come before the Court on Defendant's Request for Hearing regarding the Writ of Garnishment directed to Michigan Department of Treasury; and a hearing having been held on January 17, 2012, wherein the parties reached a resolution and placed same on record. Now therefore:

**IT IS HEREBY ORDERED** that Defendant's objections to the Writ of Garnishment directed to Michigan Department of Treasury are DENIED.

**IT IS FURTHER ORDERED** that the Judgment entered in this matter on November 2, 2011 may be satisfied for the amount of $3,234.00 (which amount

1

represents 80% of the current outstanding balance), plus post judgment interest pursuant to 28 U.S.C. 1061, in monthly installments of $100.00 each, commencing on March 1, 2012 and continuing on the 1st day of each month thereafter until paid in full. If the Defendant shall fail to make any payment within ten (10) days of its due date, the payment provisions of this Order shall be set aside by Plaintiff's Affidavit of Non-Compliance, and the original judgment of $4,041.48 plus interest will be reinstated, and the Plaintiff may issue any process for the enforcement of this Judgment. Defendant will be given credit for payments received.


Dated: January 18, 2012         s/Lawrence P. Zatkoff
                                U.S. DISTRICT COURT JUDGE